```
 1  Law Office of
    Peter F. Musielski
 2  1801 Parkcourt Place          Priority  X
    Building I, Suite 104         Send      X
 3  Santa Ana, CA 92701           Enter
 4  State Bar No. 82486           Closed
                                  JS-5/JS-6 X
 5  (714) 558-1773                JS-2/JS-3
    (714) 558-0179-Fax            Scan Only
 6
 7  Attorney for Plaintiff,
    Ubiquity Recordings Inc.
 8
 9          UNITED STATES DISTRICT COURT FOR THE
10              CENTRAL DISTRICT OF CALIFORNIA
11
12
13  UBIQUITY RECORDINGS INC.   )
                               )   CASE NO: SACV03-328 GLT
14            Plaintiff,       )   (MLGx)
                               )   JUDGE: Gary L. Taylor
15        vs.                  )   MAGISTRATE: Marc Goldman
16                             )
    OLIVER STONE; HOME BOX     )
17  OFFICE; TIME WARNER        )   ORDER OF DISMISSAL
    ENTERTAINMENT COMPANY,     )
18  L.P.; ESPERANZA            )
    PRODUCTION COMPANY aka     )
19
    ESPERANZA FILMWORKS;       )
20  FERNANDO SULICHIN; MEDIA   )
    PRODUCCION, S.L. aka       )
21  MEDIAPRO.                  )
22                             )
    Defendants.                )
23                             )
24                             )
                               )
25                             )
                               )
26  _____)
27
28
```

FILED AUG 18 2003 — CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION AT SANTA ANA

LODGED — 2003 AUG 18 PM 2:16 — CLERK U.S. DISTRICT COURT, CENTRAL DIST. OF CALIF., SANTA ANA

ENTER ON ICMS AUG 19 2003

ORIGINAL

1

At the request of the Plaintiff this case is Dismissed with prejudice.

DATED: Aug 18, 2003

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Judge Gary L. Taylor